**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| JOSEPH ARENA,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC., ET AL.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-12914-JEK |

**DEFENDANT PACKDRAW LIMITED'S**
**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Fed. R. Civ. P. 7.1, Defendant PackDraw Limited submits the following corporate disclosure statement:

1. PackDraw is a limited private company with a registered office and principal place of busienss in Nicosia, Cyprus.

2. A limited private company is equivalent to a corporation. *See SHLD, LLC v. Hall*, 2015 WL 5772261, at *2 (S.D.N.Y. Sept. 29, 2015) ("UK private limited companies are treated as corporations for the purposes of diversity subject-matter jurisdiction.").

3. PackDraw does not have any parent corporation or publicly held organization holding 10% or more of its stock.

*/s/ Maya Ginga Ritchie*
David L. Ferrera (BBO# 631183)
dferrera@nutter.com
Maya Ginga Ritchie (BBO# 705397)
mgritchie@nutter.com
Nutter, McClennen & Fish, LLP
Seaport West, 155 Seaport Blvd.
Boston, Massachusetts 02210
Telephone: (617) 439-2000
Facsimile: (617) 310-9000

Joseph A. Meckes (*pro hac vice forthcoming*)
joseph.meckes@squirepb.com
Squire Patton Boggs (US) LLP
550 California Street, Suite 1100
San Francisco, CA 94104
(415) 954-0201

Dated: July 28, 2026

*Counsel for Defendant PackDraw Limited*

**CERTIFICATE OF SERVICE**

I certify that, on July 28, 2026, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*Maya Ginga Ritchie*
Maya Ginga Ritchie

8187358