UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH ARENA,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC., ET AL.<br><br>Defendants. | Civil Docket No. 1:26-cv-12914-JEK |

**NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS MEK GLOBAL LIMITED, PHOENIXFIN PTE LTD, FLASHBOT LIMITED AND PEKEN GLOBAL LIMITED**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Joseph Arena, by and through his undersigned counsel, hereby dismisses with prejudice all claims asserted or which could have been asserted in the above-entitled action against defendants MEK GLOBAL LIMITED, PHOENIXFIN PTE. LTD., FLASHBOT LIMITED and PEKEN GLOBAL LIMITED with each party bearing its own attorneys' fees and costs and waiving all rights of appeal.

JOSEPH ARENA

By his attorneys,

*/s/ Christina M. Murray*
Christina M. Murray
BBO #706426
Jonathan P. Whitcomb
BBO #704522
DISERIO MARTIN O'CONNOR
CASTIGLIONI LLP
c/o GESMER UPDEGROVE LLP
40 Broad Street
Boston, MA 02109

cmurray@dmoc.com
jwhitcomb@dmoc.com

T. Liam Murphy
MURPHY'S LAW:
THE CRYPTO LAW FIRM
353 Lexington Avenue, 4th Floor, Suite 400
New York, NY 10016
liam@murphyslawcrypto.com

CERTIFICATE OF SERVICE

I, Christina Murray, do hereby certify I caused a true copy of the foregoing document to be served through the Court's Electronic Case Filing ("ECF") system upon all counsel of record in this action.

/s/ Christina M. Murray