**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| JOSEPH ARENA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:26-cv-12914-JEK |
| COINBASE GLOBAL, INC., ET AL., | ) | |
| Defendants. | ) | |

**DECLARATION OF CHRISTOFFER HARTMANN**

I, Christoffer Hartmann, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am General Counsel for PackDraw Limited, and I reside in the country of Cyprus. I make this declaration upon my personal knowledge.

2. PackDraw Limited does not own, operate, control, or administer the operation of the cryptocurrency gaming platform known as PackDraw.com. Packdraw.com is operated by PackDraw US, LLC ("PackDraw US"), which is based in Delaware.

3. PackDraw Limited is purely a holding company. Packdraw Ltd. owns 100 percent of PackDraw US. Other than its ownership interest in Packdraw US, PackDraw Limited owns no assets in the U.S.

4. PackDraw Limited has no employees, operations, property or offices in the United States. PackDraw Limited does not service customers in the U.S. or derive revenue directly from U.S. customers.

5. PackDraw Limited has had no contact with Massachusetts at any time ever in its existence.

I, Christoffer Hartmann, certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: September 14th 2026

Christoffer Hartmann

8268457.1