UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH ARENA
Plaintiff(s),

v.

COINBASE GLOBAL, INC. et al
Defendant(s).

Civil Action No. 26-12914-JEK

**NOTICE OF DEFAULT**

**KOBICK, D.J**

Upon application of the plaintiff, for order of Default for failure of the defendant, **FixedFloat d/b/a FF.IO**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 6th day of October 2026.

DATE: October 6, 2026

ROBERT FARRELL, CLERK

By: /s/ Haley Currie

Deputy Clerk